Shareef Farag, SBN 251650
sfarag@bakerlaw.com
BAKER HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Phone:      310-979-8472
Fax:        310-820-8859

Attorney for Plaintiff
*CLAIRE'S STORES, INC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claire's Stores, Inc.<br><br>                    Plaintiff,<br><br>          v.<br><br>Noam Krasniansky and CM National, Inc.<br><br>                    Defendants. | Case No.    2:20-CV-2757<br><br>**PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Claire's Stores, Inc. ("Claire's"), by and through its undersigned counsel, hereby alleges as follows in this Complaint against Noam Krasniansky and CM National, Inc. ("Defendants"):

## NATURE OF ACTION

1.      On December 18, 2019 Defendants sent the Claire's legal department an email message alleging that certain spiral hair ties—Product Nos. 94015-3, 15279-3, 61082-4 ("Accused Products") sold by Claire's, infringe U.S. Patent No. D667,996.  *See* Exhibit 1.

2.     On the same day, December 18, 2019, Defendants sent Claire's' concessions partner, CVS, a similar letter also alleging that the Accused Products supplied to CVS by Claire's infringe D667,996.  *See* Exhibit 2.

3.     On March 10, 2020 Defendants' counsel sent a second letter to CVS's counsel alleging infringement of Defendants' "patent rights" with respect to its third-party suppliers, one of which is Claire's.  *See* Exhibit 3.

4.     Multiple anticipating patent literature and non-patent literature references render D667,996 invalid.

5.     Therefore, in order to extinguish any and all infringement allegations by Defendants related to Claire's' products based on Defendants' invalid D667,996 patent and otherwise mitigate Defendants' obvious attempts to improperly interfere with Claire's' contractual relationships utilizing the same types of allegations about Claire's' products directed to CVS, Claire's seeks declaratory relief from this Court.

## PARTIES

6.     Claire's Stores, Inc. is a corporation organized and existing under the laws of the State of Florida, with its principal place of business at 2400 W Central Rd, Hoffman Estates, IL 60195.

7.     On information and belief, Defendant CM National, Inc. is a corporation organized under the laws of the State of California, having a principal place of business in this district at 1959 Blake Ave, Unit L, Los Angeles, California 90039.

8.     On information and belief, Defendant Noam Krasniansky, an individual, resides in this district at 5443 Pine Cone Rd, La Crescenta, California 91214-1461 and owns and/or is an officer of Defendant CM National, Inc.

## JURISDICTION AND VENUE

9.     As detailed herein, an actual case or controversy exists between Claire's and the Defendants as to whether Claire's has infringed or is infringing one

or more valid and enforceable claims of D667,996 and whether D667,996 is invalid.

10.     The Court has subject matter jurisdiction over the claims herein pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

11.     The Court has personal jurisdiction over Defendants because Defendants are doing business in this jurisdiction and have continuous and systematic contacts with the State of California in this district.

12.     Furthermore, the Court has personal jurisdiction over Defendants as they reside in this district and a substantial part of the events and omissions giving rise to Claire's' claims occurred in this district.

13.     Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

### THE INVALID D667,996

14.     U.S. Patent No. D667,996 was filed on April 13, 2012 and issued on September 25, 2012 claiming the ornamental design for a convex hair band as shown in Figures 1-3 (*see* Exhibit 4):



FIG. 1

15.     The sole named inventor for D667,996 is Noam Krasniansky, and no assignment records are on file at the USPTO concerning D667,996.

16.     The correspondence to Claire's (*see* Exhibit 1) and Claire's concession partner (*see* Exhibit 2) states "Noam Krasniansky is the patent owner. CM National Inc is authorized to act on the patent owner's behalf."

1

### **INVALIDATING PRIOR ART**

2        17.     Multiple prior art references render D667,996 invalid under at least 35

3  U.S.C. § 102.

4        18.     The design disclosed in the D667,996 in 2012 was known for 138

5  years as shown by U.S. Patent No. 204,548, issued on June 4, 1874, and directed to

6  a tubular wire forming a bracelet:

7

8
9
10
11
12
13
14
15
16
17
18
19
20



21        19.     Use of phone cord designs as fashion accessories was well-known long

22  before 2012 (*see*

23  https://web.archive.org/web/20060509020458/http://www.skooldays.com/categorie

24  s/fashion/fa1929.htm).

25        20.     Hair ties sold under the brand name SwirlyDo or SwirliDo have been

26  on sale in the U.S. and disclosed in publications since at least 2009.

27

28

21.     The following is from an article published on November 1, 2009 at https://nouveaucheap.blogspot.com/2009/11/swirlido-or-swirlidont.html showing the SwirlyDo/SwirliDo product with the substantially same design as D667,996:



1    22.    Likewise, substantially the same design as D667,996 has been used by

2    Evergreen Research and Marketing LLC since at least 2008 for its Insect Repelling

3    Superband product (*see*, e.g.,

4    https://web.archive.org/web/20080621053841/http://www.bugbutton.com:80/):





14    23.    Other exemplary prior art includes U.S. Patent No. 7,726,736 to Lalon

15   et al.; U.S. Pub. No. 2004/0144814 to Katsanevas; U.S. Patent No. D300,675 to

16   Sacher; U.S. Publication No. 2009/0301510 A1 to Hsu; U.S. Patent No. 3,468,527

17   to Mather, and Toys R Us's tm! Bracelet/Hair Band Product.

1

**CLAIMS FOR RELIEF**

2

<u>COUNT I</u>

3

(Declaratory Judgment of Invalidity of D667,996)

4   24.   Claire's repeats and realleges the allegations of the preceding

5   paragraphs as of set forth herein.

6   25.   The claims of D667,996 are invalid under 35 U.S.C. §§102, 103 and

7   112.

8   26.   Pursuant to 28 U.S.C. § 2201 et seq., Claire's requests a declaration

9   from the Court that D667,996 is invalid.

10

<u>COUNT II</u>

11

(Declaratory Judgment of Non-Infringement of D667,996)

12   27.   Claire's repeats and realleges the allegations of the preceding

13   paragraphs as of set forth herein.

14   28.   The Accused Products are not infringing, and have not infringed,

15   directly, by inducement, contributorily, or in any way, either literally or under the

16   doctrine of equivalents, any valid and enforceable claims of D667,996.

17   29.   Pursuant to 28 U.S.C. § 2201 et seq., Claire's requests a declaration

18   from the Court that the Accused Products do not infringe D667,996.

19

20

**DEMAND FOR JURY TRIAL**

21   Claire's hereby demands a jury trial on all issues so triable

22

23

24

25

26

27

28

PLAINTIFF'S COMPLAINT                - 8 -

## **PRAYER FOR RELIEF**

Wherefore, Claire's prays for relief as follows:

A.      Declaration that all claims of D667,996 are invalid.

B.      Declaration that the Accused Products do not infringe any claim of D667,996.

C.      Decree that this is an exceptional case pursuant to 35 U.S.C. § 285 and award Claire's its costs and reasonable attorneys' fees; and

D.      Provide such other and further relief as the Court deems just and proper.

1   Dated: March 25, 2020                      BAKER & HOSTETLER LLP

2                                              By:    /s/ Shareef Farag
                                               Shareef Farag (SBN 251650)
3                                              sfarag@bakerlaw.com
                                               BAKER HOSTETLER LLP
4                                              11601 Wilshire Boulevard, Suite 1400
                                               Los Angeles, CA 90025-0509
5                                              Phone:       310-979-8472
                                               Fax:         310-820-8859
6
                                               John S. Letchinger (*pro hac forthcoming*)
7                                              jletchinger@bakerlaw.com
                                               BAKER HOSTETLER LLP
8                                              One North Wacker Drive, Suite 4500
                                               Chicago, IL 60606-2841
9                                              Phone:       312-416-6206
                                               Fax:         312-416-6260
10
                                               Jared A. Brandyberry (*pro hac forthcoming*)
11                                             jbrandyberry@bakerlaw.com
                                               BAKER HOSTETLER LLP
12                                             1801 California Street, Suite 4400
                                               Denver, CO 80202-2662
13                                             Phone:       303-764-4072
                                               Fax:         303-861-7805
14
                                               Attorneys for Plaintiff
15                                             *CLAIRE'S STORES, INC.*

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S COMPLAINT                  - 10 -